# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DeJESUS RODIRGUEZ,<br><br>    Petitioner,<br><br>    v.<br><br>STEVE MOORE,<br><br>    Respondent. | No. 2:19-CV-0226-DMC-P<br><br><br>ORDER |

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court are petitioner's motions for the appointment of counsel (Docs. 8 and 12).

        There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that petitioner's motions for appointment of counsel (Docs. 8 and 12) are denied without prejudice to renewal, at the earliest, after a response to the petition has been filed.

Dated: March 26, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE