IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DeJESUS RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>STEVE MOORE,<br><br>Respondent. | No. 2:19-CV-0226-MCE-DMC-P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's renewed motion for the appointment of counsel (ECF No. 24). There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that petitioner's renewed motion for appointment of counsel (ECF No. 24) is denied without prejudice to renewal, at the earliest, after a response to the petition has been filed.

Dated: May 29, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE